

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-19-00502-CV

**IN THE INTEREST OF S.S.M.**, a Child

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2018EM507216
Honorable Nick Catoe Jr., Judge Presiding

BEFORE JUSTICE RIOS, JUSTICE WATKINS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF PROSECUTION. Costs of the appeal are taxed against appellant.

SIGNED October 16, 2019.

_____
Irene Rios, Justice